# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FORCE MOS TECHNOLOGY CO., LTD. | § | |
| | § | |
| v. | § | Case No. 2:22-CV-0460-JRG |
| | § | |
| ASUSTEK COMPUTER, INC. | § | |

**Markman and Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**April 11, 2024**

**OPEN: 1:59 pm**                                              **ADJOURN: 4:54 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Christopher Hanba |
| | Michael Saunders |
| ATTORNEY FOR DEFENDANTS: | Richard Wells |
| | Mackenzie Martin |
| | Dorian Ojemen |
| TECHNICAL ADVISOR: | Scott Woloson |
| LAW CLERK: | Joshua Scheufler |
| COURT REPORTER: | Shawn McRoberts |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Christopher Hanba introduced co-counsel and announced ready. Mackenzie Martin introduced co-counsel and announced ready.

The Court heard argument on a term by term basis. Michael Saunders and Christopher Hanba presented argument on behalf of Plaintiff. Dorian Ojemen and Mackenzie Martin presented argument on behalf of Defendant.

The Court took the claim construction matters under submission.

The Court then heard a brief argument on Plaintiff's Motion to Strike Claim Construction Brief (Dkt. No. 62). The motion was denied for the reasons orally assigned.