# Exhibit 3

# FILED UNDER SEAL

# REDACTED IN ITS ENTIRETY