IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FORCE MOS TECHNOLOGY CO., LTD. § § § § § § | CASE NO. 2:22-CV-00460-JRG |
| v. | |
| ASUSTEK COMPUTER, INC. | |

MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
February 7, 2025

**OPEN:** 09:07 AM                                                          **ADJOURN:** 05:14 PM

ATTORNEYS FOR PLAINTIFF:         See attached

ATTORNEYS FOR DEFENDANT:      See attached

LAW CLERKS:                                    Brendan McLaughlin
                                                           Danielle Zapata
                                                           Riley Zoch

COURT REPORTER:                         Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                  Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:07 AM | Court opened. |
| 09:07 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:20 AM | Court called for announcements from the parties. |
| 09:21 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:30 AM | Prospective Jurors began introduction of themselves. |
| 09:54 AM | Court provided additional instructions to Jury Pool. |
| 09:57 AM | *Voir dire* on behalf of Plaintiff by Mr. Thane. |
| 10:27 AM | *Voir dire* on behalf of Defendant by Mr. Underwood. |
| 10:56 AM | Bench conference with counsel re: challenges for cause. |
| 10:57 AM | Bench conference concluded. |
| 10:57 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 10:59 AM | Remainder of Jury Pool recessed for break. |
| 11:01 AM | Counsel approached bench. |
| 11:01 AM | Strike conference began with specifically named juror(s). |

| TIME | MINUTE ENTRY |
|---|---|
| 11:04 AM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 11:04 AM | Recess. |
| 11:34 AM | Court reconvened. |
| 11:34 AM | Instructions given by the Court.  Jurors selected. |
| 11:37 AM | Jurors sworn. |
| 11:39 AM | Remainder of Jury Pool excused. |
| 11:40 AM | Additional instructions given by the Court. |
| 11:57 AM | Jury recessed for lunch. |
| 11:58 AM | Recess. |
| 12:51 PM | Court reconvened. |
| 12:51 PM | Court made rulings as set forth in the record re: dismissal of '346 patent. |
| 12:52 PM | Jury returned to courtroom. |
| 12:53 PM | Court gave preliminary instructions to Jury. |
| 01:28 PM | Notebooks provided to Jury. |
| 01:29 PM | Continuation of Court's preliminary instructions to Jury. |
| 01:36 PM | Plaintiff's opening statement by Mr. Hanba. |
| 02:04 PM | Defendant's opening statement by Mr. McMahon. |
| 02:32 PM | Opening statements concluded. |
| 02:32 PM | Rule invoked. |
| 02:32 PM | Plaintiff's case-in-chief. |
| 02:33 PM | Witness sworn. |
| 02:34 PM | Direct examination of Mr. Rafael Chung by Ms. Pellegrino. |
| 03:03 PM | Bench conference. |
| 03:04 PM | Bench conference concluded. |
| 03:04 PM | Jury recessed for break. |
| 03:04 PM | Court requested update from counsel re: meet and confer efforts re: demonstratives. |
| 03:06 PM | Recess. |
| 03:18 PM | Court reconvened. |
| 03:18 PM | Jury returned to courtroom. |
| 03:19 PM | Continuation direct examination of Mr. Rafael Chung by Ms. Pellegrino. |
| 03:21 PM | Bench conference. |
| 03:22 PM | Bench conference concluded. |
| 03:22 PM | Continuation direct examination of Mr. Rafael Chung by Ms. Pellegrino. |
| 03:33 PM | Cross examination of Mr. Rafael Chung by Mr. Underwood. |
| 04:01 PM | Bench conference. |
| 04:03 PM | Bench conference concluded. |
| 04:03 PM | Continuation cross examination of Mr. Rafael Chung by Mr. Underwood. |
| 04:25 PM | Redirect examination of Mr. Rafael Chung by Ms. Pellegrino. |
| 04:33 PM | Completion of testimony of Mr. Rafael Chung. |
| 04:33 PM | Mr. Thane introduced the video designation of Mr. Jim Tsao. |
| 04:57 PM | Video designation of Mr. Jim Tsao concluded. |
| 04:57 PM | Mr. Thane introduced the video designation of Mr. Chao-Liang Hung. |
| 05:07 PM | Video designation of Mr. Chao-Liang Hung concluded. |
| 05:07 PM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:10 PM | Bench conference concluded. |
| 05:10 PM | Court instructions to the Jury. |
| 05:12 PM | Jury recessed until Monday morning at 8:30 am. |
| 05:14 PM | Court adjourned until Monday morning. |