# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FORCE MOS TECHNOLOGY CO., LTD., | § § § | |
| *Plaintiff,* | § § | CASE NO. 2:22-CV-00460-JRG |
| v. | § § | |
| ASUSTEK COMPUTER, INC., | § § | |
| *Defendant.* | § § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- **"Force MOS"** refers to Plaintiff Force MOS Technology, Co., Ltd.

- **"ASUSTeK"** refers to Defendant ASUSTeK Computer, Inc.

- The **"'634 Patent"** refers to U.S. Patent No. 7,629,634.

- The **"'409 Patent"** refers to U.S. Patent No. 7,812,409.

- The **"Asserted Patents"** refers collectively to the '634 and '409 Patents.

- **"Dr. Hshieh"** refers to Dr. Fwu-Iuan Hshieh who is the inventor of the '409 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1

Did Force MOS prove by a preponderance of the evidence that it acquired all rights in the '409 Patent from Dr. Hshieh?

Yes: ✓          No: _____

**If you answered "NO" to Question No. 1, DO NOT answer any other questions concerning only the '409 Patent. Specifically, if you answered "NO" to Question No. 1 then DO NOT answer Question Nos. 2B and 3.**

**Only answer Question Nos. 2B and 3 if you answered "YES" to Question No. 1.**

4

**QUESTION NO. 2A**

Did Force MOS prove by a preponderance of the evidence that ASUSTeK infringed any of Claims 1–3 of the '634 Patent?

Yes: __✓__        No: _____

**QUESTION NO. 2B**

Did Force MOS prove by a preponderance of the evidence that ASUSTeK infringed Claim 1 of the '409 Patent?

Yes: __✓__        No: _____

## QUESTION NO. 3

Did ASUSTeK prove by clear and convincing evidence that Claim 1 of the '409 patent is invalid?

Yes: _____    No: \_\_✓\_\_\_\_\_

**Only answer Question Nos. 4 and 5 if you found that at least one of the Asserted Patents is infringed and is not invalid.**

**If you answered "NO" to both Question Nos. 2A and 2B, you SHOULD NOT answer Question Nos. 4 and 5.**

**If you answered (1) "NO" to Question No. 2A, (2) "YES" to Question No. 2B, and (3) "YES" to Question No. 3, you SHOULD NOT answer Question Nos. 4 and 5.**

**However, if you answered (1) "NO" to Question No. 2A, (2) "YES" to Question No. 2B, and (3) "NO" to Question No. 3, you MUST answer Question Nos. 4 and 5.**

**Finally, if you answered "YES" to Question No. 2A, then, regardless of how you answered Question Nos. 2B and 3, you MUST answer Question Nos. 4 and 5.**

## QUESTION NO. 4

Did Force MOS prove by a preponderance of the evidence that any infringement you have found was willful?

Yes: ✓   No: _____

## QUESTION NO. 5

What sum of money, if paid now in cash, has Force MOS proven by a preponderance of the evidence would compensate it for its damages as to any infringement you have found?

Answer in United States Dollars and Cents, if any:

$ 10,500,000.00

## **FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __13__ day of February, 2025.

_____
Jury Foreperson