# EXHIBIT K

# FILED UNDER SEAL

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                     OAKLAND DIVISION
 4   _____
 5   ALPHA AND OMEGA SEMICONDUCTOR
 6   LIMITED, a Bermuda exempt
 7   limited liability company; and
 8   ALPHA AND OMEGA SEMICONDUCTOR
 9   INCORPORATED, a California
10   corporation,
11            Plaintiffs,
12       v.                                  Case No.
13   FORCE MOS TECHNOLOGY CO., LTD.,     4:22-cv-05448-HSG
14   a Taiwan corporation,
15            Defendant.
16   _____
17           VIDEOTAPED STATEMENT ON THE RECORD RE:
18                  DEPOSITION OF FU YUAN HSIEH
19   DATE:           Wednesday, August 2, 2023
20   TIME:           10:09 a.m.
21   LOCATION:       Remote Proceeding
22                   San Francisco, CA 94104
23   OFFICIATED BY: Melissa Lacabanne, Notary Public
24   JOB NO.:        6038884
25
```

Defendant's Exhibit
Case 2:22-cv-00460-JRG
DX-30

Page 1

```
 1                    A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF ALPHA AND OMEGA SEMICONDUCTOR:
 3         MARIO MOORE, ESQUIRE (by videoconference)
 4         DAN JOHNSON, ESQUIRE (by videoconference)
 5         Dan Johnson Law Group, LLP
 6         1350 Old Bayshore Highway, Suite 520
 7         Burlingame, CA 94010
 8         mario@danjohnsonlawgroup.com
 9         dan@danjohnsonlawgroup.com
10         (415) 604-4500
11
12    ON BEHALF OF DEFENDANT FORCE MOS TECHNOLOGY CO., LTD.:
13         CHRISTOPHER E. HANBA, ESQUIRE (by videoconference)
14         ARIANA DESKINS PELLEGRINO, ESQUIRE (by
15         videoconference)
16         Dickinson Wright, PLLC
17         607 West 3rd Street, Suite 2500
18         Austin , TX 78701
19         chanba@dickinsonwright.com
20         apellegrino@dickinsonwright.com
21         (512) 582-6889
22
23
24
25
                                                       Page 2
```

```
 1              A P P E A R A N C E S (Cont'd)
 2    ALSO PRESENT:
 3         Jacob Goodlad, Videographer, Veritas Court
 4         Reporting, LLC (by videoconference)
 5         Andrew Greenfeld, Dan Johnson Law Group, LLP, (by
 6         videoconference)
 7         Bill Talbott, Dan Johnson Law Group, LLP (by
 8         videoconference)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 3
```

```
 1                      I N D E X

 2   EXAMINATION:                                        PAGE

 3                      (Nonappearance.)

 4

 5

 6                      E X H I B I T S

 7   NO.            DESCRIPTION                          PAGE

 8   Exhibit 1      Plaintiffs' Notice Of Subpoena

 9                  to Fu Yuan Hsieh dated 6/14/23         6

10   Exhibit 2      Proof of Service on 7/27/23            7

11   Exhibit 3      Affidavit of Service, 7/27/23          8

12   Exhibit 4      Photos of Service on Dr. Hsieh        10

13   Exhibit 5      First Legal Affidavit of

14                  Due Diligence dated 6/26/23          10

15

16

17

18

19

20

21

22

23

24

25
                                                       Page 4
```

```
 1                    P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  And recording has
 3   begun, 10:09 a.m.
 4              THE OFFICER:  Good morning.  My name is
 5   Melissa Lacabanne; I am the deposition officer assigned
 6   by Veritext to take the recording of this proceeding.
 7              If you would like to go ahead and leave a
 8   record for this proceeding.
 9              MR. MOORE:  Thank you.  Good morning.
10   This is Mario Moore, counsel for Plaintiff Alpha Omega
11   Semiconductor.  With me also from the firm, Dan Johnson
12   Law Group, with me is Dan Johnson as well as Andrew
13   Greenfeld and Bill Talbott.
14              We're here in the deposition of Fu Yuan
15   Hsieh, who was noticed for deposition pursuant to a
16   subpoena in this matter.  Counsel for the opposing
17   party, Force Mos, is also on the line.
18              MR. HANBA:  Yeah, so just for the record,
19   this is Christopher Hanba and Ariana Pellegrino for
20   Force Mos.
21              MR. MOORE:  Let's go ahead and mark the
22   first exhibit, which is the subpoena and notice of
23   deposition.
24              You know, Andrew, let me know when you
25   have that.  Thank you, Andrew.
```

Page 5

```
 1                   So let's go ahead and mark this as
 2   Exhibit 1.  This is the Plaintiffs' Notice Of Subpoena
 3   to Fu Yuan Hsieh.  This was dated June 14th of 2023.  It
 4   issued by Dan Johnson Law Group, calling for Dr. Hsieh
 5   to produce documents and appear for deposition.
 6                   (Exhibit 1 was marked for
 7                   identification.)
 8                   If we turn to the second page of the
 9   notice, we'll see the date of June 14, 2023, and the
10   notice today to appear for deposition.
11                   Let's go ahead and turn to the next page.
12   I will see this is a subpoena in the case Alpha and
13   Omega Semiconductor vs. Force Mos Technology, a case in
14   District Court, Northern District of California, Civil
15   Action 4:22-cv-05448, Subpoena to Testify at a
16   Deposition in a Civil Action.  And the deposition was
17   noticed for Zoom to occur at 10:00 a.m. on August 2nd.
18                   It is 10:00 a.m. on August -- it is past
19   10:00 a.m. on August 2nd.  Dr. Hsieh has not appeared
20   for deposition today, and we have not received any
21   communication from him after he was served with this
22   subpoena.
23                   Let's go ahead and go to the bottom of
24   the page.  You'll see that the date is June 14th that
25   this subpoena issued, June 14, 2023.
```

Page 6

```
 1                    And then if we go to the -- two pages
 2    down, one more page, we'll see this is Exhibit A with
 3    the set of document requests.  If we page down to the
 4    last four pages, we'll see the request for production
 5    begin at page 11 of the PDF, beginning with request
 6    number 1 and continue through request number 17 on the
 7    last page of the PDF, page 14.
 8                    Since being served with this subpoena,
 9    Dr. Hsieh has not produced any documents in response to
10    any of the document requests in this subpoena.
11                    Okay, we can take this document down.
12    Let's go ahead and put up the proof of service.  And
13    that will be Exhibit 2 to the deposition.
14                    (Exhibit 2 was marked for
15                    identification.)
16                    If we look at the first page, we see that
17    this is the subpoena to testify with a date of June 14th
18    like we saw in Exhibit 1.  And calling for testimony on
19    August 2nd.  If we go to the second page, we'll see on
20    Exhibit 2, second page, the Proof of Service.  And we
21    see that Fu Yuan Hsieh is listed on the first line on
22    the date, it's July 27th.
23                    And it indicates "I served the subpoena
24    by delivering a copy to the named individual as follows:
25    by personal service at Hilton Garden Inn Cupertino
```

Page 7

1   (Parking Lot) located at 10741 North Wolfe Road,
2   Cupertino, California 95014 on July 27, 2023."
3            We look below and it says "I declare
4   under penalty of perjury that this information is true."
5   There's a date of July 27, 2023, and the server's
6   signature.  The server is indicated as Mersiha Kuennen
7   with an RPS number of PS-634, and the server's address
8   is listed as 1005 East Pescadero Avenue, Suite 167-1002,
9   Tracy, California 95304.
10           Below that is additional information
11  regarding attempted service, et cetera, and indicates
12  "Per client's request, a nine-hour stakeout was
13  performed in order to personally serve subject."
14           We can go ahead and take this document
15  down.  Let's go ahead and put up Exhibit 3, which is the
16  affidavit regarding proof of service.
17           (Exhibit 3 was marked for
18           identification.)
19           Exhibit 3 is titled "Affidavit of
20  Service."  Again, it has the case number for this
21  matter, Alpha and Omega Semiconductor vs. Force Mos.
22  Indicates a job number of 9269017 in the top right.  It
23  indicates Cali Agent Services, and to be served upon Fu
24  Yuan Hsieh.
25           In the affidavit, it says "I, Mersiha

Page 8

```
 1   Kuennen, being duly sworn, depose and say I am over
 2   18 -- I am over the age of 18 years and not a party to
 3   this action, and that within the boundaries of the state
 4   where service was effected, I was authorized by law to
 5   make service of the documents and inform said person of
 6   the contents herein."
 7              And then lists as the recipient Fu Yuan
 8   Hsieh, Hilton Garden Inn Cupertino (Parking Lot), 10741
 9   North Wolfe Road, Cupertino, California.  Indicates
10   manner of service was personal/individual, July 27,
11   2023, 5:08 Pacific Daylight Time.
12              And the documents served were the
13   Plaintiffs' Notice of Subpoena to Fu Yuan Hsieh,
14   Subpoena to Testify at a Deposition in a Civil Action,
15   Exhibit A.  Received by the process server July 27,
16   2023, at 9:05 Pacific Daylight Time.
17              Under additional comments, it indicates
18   "Successful attempt, July 27, 2023, 5:08 Pacific
19   Daylight Time at Hilton Garden Inn Cupertino" with the
20   address.  "Received by Fu Yuan Hsieh, age 71, ethnicity
21   Asian American, gender male, weight 140 pounds, height
22   five-six.  Personally served subject with documents
23   after nine hours of stakeout."
24              And then below that is the signature of
25   Mersiha Kuennen, July 27, 2023, Cali Agent Services of
```

Page 9

```
 1    Tracy, California.
 2              Okay.  We're done with this document.
 3    Let's go ahead and put up the photos.  This will be
 4    Exhibit 4 to the deposition.
 5              (Exhibit 4 was marked for
 6              identification.)
 7              This consists of three photos provided by
 8    the process server, reflecting the service.  The first
 9    photo shows Dr. Hsieh holding a copy of the subpoena in
10    the Hilton Garden Inn parking lot.
11              Let's go down.  The next photo is from
12    further away of same general time as showing Dr. Hsieh
13    with the subpoena.
14              Let's go to the next one.  And another
15    photo showing Dr. Hsieh in the parking lot area of the
16    Hilton Garden Inn in Cupertino.  We're done with this
17    document.
18              Let's go to the next document which is
19    the Affidavit of Due Diligence.  This is Exhibit 5.
20              (Exhibit 5 was marked for
21              identification.)
22              And this Affidavit of Due Diligence is
23    for AOS v. Force Mos.  Indicates the plaintiff in this
24    action and the defendant, as well as the case number.
25              In paragraph 1 it states:  "I, Ellenor
```

Page 10

```
 1   Rios PS0984, Santa Clara, and any employee or
 2   independent contractors retained by First Legal are or
 3   were on the dates mentioned herein over the age of 18
 4   years and not a party to this action.  Personal service
 5   was attempted on subject Fu Yuan Hsieh as follows."
 6              Paragraph 2 states "Documents:  Subpoena
 7   to Testify at a Deposition in a Civil Action; Plaintiffs
 8   Alpha And Omega Semiconductor Limited's Notice of
 9   Subpoena to Fu Yuan Hsieh."
10              Below that is attempt detail.  Item 1
11   says:  "Unsuccessful attempt by Ellenor Rios PS0984,
12   Santa Clara, on June 14, 2023, 5:21 p.m. Pacific
13   Daylight Time at 20768 Sevilla Lane in Saratoga,
14   California 95070.  No answer at the door.  No cars.  All
15   quiet."
16              Item 2 states:  "Unsuccessful attempt by
17   Ellenor Rios on June 15th at 7:08 a.m. Pacific Daylight
18   Time at 20768 Sevilla Lane, Saratoga, California 95070."
19   It indicates:  "This is a bad address per tenant.
20   Subject no longer lives there.  Will hold for further
21   instructions."
22              All right.  And if we go down to the next
23   page on this Affidavit of Due Diligence, it lists person
24   who served papers is Ellenor Rios of First Legal.  And
25   indicates "I am a registered California process server."
```

Page 11

```
 1                    Paragraph 4 is declaration under penalty
 2   of perjury, and it bears a date of June 26, 2023, with
 3   signature.  Okay.  We're done with this document.
 4                    The address in Saratoga listed on the
 5   previous document, Exhibit 5, was listed in a patent
 6   filing relating to Dr. Hsieh.  But service was
 7   unsuccessful there.  The process servers then attempted
 8   service multiple times until the successful service on
 9   July 27, 2023.
10                    Following the successful service of
11   documents, multiple attempts were made to reach out to
12   Dr. Hsieh by myself as counsel for Alpha and Omega
13   Semiconductor, including calls placed last Friday and
14   calls also placed yesterday.
15                    But Dr. Hsieh never answered the phone,
16   nor did anyone else.  And we have received no
17   communication from Dr. Hsieh following the service of
18   the subpoena.
19                    I have also reached out to counsel for
20   Force Mos, and they have indicated they have received no
21   communication from Dr. Hsieh.
22                    Dr. Hsieh has not appeared for his
23   deposition today, and Alpha and Omega Semiconductor
24   reserves all rights to seek relief from the Court,
25   including preclusion of any testimony at trial;
```

Page 12

```
 1   including reappearance for the deposition at a later
 2   date; as well as all documents called for in the
 3   subpoena.
 4               We, therefore, hold the deposition open
 5   and reserve all rights to seek further relief from the
 6   Court.  Thank you.
 7               MR. HANBA:  Nothing for Force Mos.
 8               MR. MOORE:  Go ahead and go off the
 9   record for a second?
10               THE VIDEOGRAPHER:  Okay.  This concludes
11   the end of Media unit number 1.  The time is 10:23 a.m.;
12   we are off the record.
13               (Off the record.)
14               THE VIDEOGRAPHER:  This marks the
15   beginning of Media unit number 2.  The time is
16   10:27 a.m.; we are on the record.
17               MR. MOORE:  Thank you.  We have put in
18   our five exhibits.  Dr. Hsieh has not appeared for
19   deposition, despite notice of subpoena, and despite
20   multiple attempts to reach out to confirm his appearance
21   today.
22               We, therefore, hold this deposition open
23   to take the full time with Dr. Hsieh when he appears for
24   deposition at a later date, and seek all relief from the
25   Court.  Thank you.
```

Page 13

```
 1                    MR. HANBA:  I would make a -- I just want
 2     to make one comment on behalf of Force Mos, at least
 3     from what I saw with regards to the subpoena, it didn't
 4     look like there was a Zoom link on there.  I may have
 5     missed it.  But if there was a Zoom link, I apologize.
 6     We didn't receive the documents in advance.  But I just
 7     think that that should be noted for the record.
 8                    MR. MOORE:  And to be clear, Force Mos
 9     was provided with the Zoom link --
10                    MR. HANBA:  Dr. Hsieh.
11                    MR. MOORE:  -- and multiple attempts were
12     made to reach out to Dr. Hsieh to provide him with the
13     Zoom link, but he never responded.
14                    MR. HANBA:  Okay.  Sorry.
15                    MR. MOORE:  Thank you.
16                    MR. HANBA:  Nothing further.
17                    MR. MOORE:  That's it for me.
18                    THE VIDEOGRAPHER:  Ms. Lacabanne, did you
19     want to get anything on the record?
20                    THE OFFICER:  Mr. Moore, would you like
21     this expedited, or regular timing?
22                    MR. MOORE:  Regular is fine.
23                    THE OFFICER:  Okay.
24                    And Mr. Hanba said he didn't want a copy
25     of the --
```

Page 14

```
 1                    MR. HANBA:  Oh, yeah.  Regular timing,
 2    please.  That's fine.
 3                    THE OFFICER:  Regular timing.  Okay.
 4    Perfect.
 5                    MR. HANBA:  Yeah.
 6                    THE OFFICER:  Okay.  And I think that's
 7    everyone.  Thank you.
 8                    MR. MOORE:  Thanks.
 9                    THE VIDEOGRAPHER:  And we are off the
10    record at 10:29 a.m.; and this concludes the deposition
11    for Fu Yuan Hsieh.  Total number of media used was two
12    and will be retained by Veritext.
13                    (Whereupon, at 10:29 a.m., the proceeding
14                    was concluded.)
15
16
17
18
19
20
21
22
23
24
25
```

Page 15

```
 1                CERTIFICATE OF DEPOSITION OFFICER
 2            I, MELISSA LACABANNE, the officer before whom
 3   the foregoing proceedings were taken, do hereby certify
 4   that any witness(es) in the foregoing proceedings, prior
 5   to testifying, were duly sworn; that the proceedings
 6   were recorded by me and thereafter reduced to
 7   typewriting by a qualified transcriptionist; that said
 8   digital audio recording of said proceedings are a true
 9   and accurate record to the best of my knowledge, skills,
10   and ability; that I am neither counsel for, related to,
11   nor employed by any of the parties to the action in
12   which this was taken; and, further, that I am not a
13   relative or employee of any counsel or attorney employed
14   by the parties hereto, nor financially or otherwise
15   interested in the outcome of this action.
16
17
18
19
20
21                    [Signature: Melissa Lacabanne]
                      MELISSA LACABANNE
22                    Notary Public in and for the
                      State of California
23
24
25
                                                     Page 16
```

```
 1                  CERTIFICATE OF TRANSCRIBER
 2            I, PATRICIA A. HARRINGTON, do hereby certify
 3   that this transcript was prepared from the digital audio
 4   recording of the foregoing proceeding, that said
 5   transcript is a true and accurate record of the
 6   proceedings to the best of my knowledge, skills, and
 7   ability; that I am neither counsel for, related to, nor
 8   employed by any of the parties to the action in which
 9   this was taken; and, further, that I am not a relative
10   or employee of any counsel or attorney employed by the
11   parties hereto, nor financially or otherwise interested
12   in the outcome of this action.
13
14
15
16
17
18
19                    [signature: Patricia A. Harrington]
20                    PATRICIA A. HARRINGTON
21
22
23
24
25
```

Page 17