# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| FORCE MOS TECHNOLOGY CO., LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:22-CV-00460-JRG |
| | § | |
| ASUSTEK COMPUTER, INC., | § | |
| | § | |
| *Defendant*. | § | |

## <u>ORDER</u>

Before the Court are Defendant ASUSTeK Computer, Inc.'s ("Defendant") Unopposed Motion to Redact Trial Transcripts (Dkt. No. 403), Plaintiff Force MOS Technology, Co., Ltd.'s ("Plaintiff") Unopposed Motion to Redact Trial Transcripts (Dkt. No. 404), Plaintiff's Corrected Unopposed Motion to Redact Trial Transcripts (Dkt. No. 405), and Plaintiff's Unopposed Motion to Withdraw its Unopposed Motion to Redact Trial Transcripts (Dkt. No. 408).

In the motions to redact, Defendant and Plaintiff (together, the "Parties") requests that select, limited portions of Trial Transcript Volumes 1-3 from the February 7-11, 2025 trial proceedings be redacted and sealed.  (Dkt.  Nos. 403 at 1; 405 at 1.)  The Parties represent that these portions of the transcript discuss personally identifiable information and confidential business information, and witnesses, third parties, and/or Plaintiff would be harmed if such information is made public. (Dkt. Nos. 403 at 1; 405 at 1.)  Then, after the filing of its motion to redact, Plaintiff filed its Unopposed Motion to Withdraw Its Unopposed Motion to Redact Trial Transcripts (Dkt. 405). (Dkt. No. 408 at 1.) Accordingly, set forth below are the specific page and line number redactions for the Trial Transcripts that apply to Defendant's motion to redact:

| Transcript | Citation | Summary |
|---|---|---|
| February 10, 2025 (Dkt. 370) | 323:1, 598:20, 598:22, 559:11-20, 601:20-23, 602:1-25, 603:1-3 | Redactions to witness personally identifiable information |
| February 11, 2025 (Dkt. 371) | 638:16, 638:20-21, 638:23-24, 723:11-12, 723:15-18, 755:9-12, 755:20-22, 756:5-6, 758:21-22, 871:7-23 | Redactions to witness personally identifiable information |

Having reviewed the motions, the Court finds that Defendant's Motion to Redact Trial Transcripts (Dkt. No. 403) should be and hereby is **GRANTED**.  It is therefore **ORDERED** that the Court Reporter and Clerk are directed to redact the portions of the February 7-11, 2025 trial transcripts as requested above by Defendant and thereafter file the same on the Docket as the public version. The unredacted transcripts (Dkt. Nos. 370; 371) are to be **SEALED**.  The Parties shall cooperate with the Court Reporter as he directs in this regard.

In light of Plaintiff's Corrected Motion to Redact Trial Transcripts (Dkt. No. 405), it is **ORDERED** that Plaintiff's first Unopposed Motion to Redact Trial Transcripts (Dkt. No. 404) is **DENIED-AS-MOOT**.  It is further **ORDERED** that Plaintiff's Unopposed Motion to Withdraw its Unopposed Motion to Redact Trial Transcripts (Dkt. No. 408) should be and hereby is **GRANTED**.  Accordingly, Plaintiff's Corrected Unopposed Motion to Redact Trial Transcripts (Dkt. No. 405) is hereby **WITHDRAWN**.

**So ORDERED and SIGNED this 16th day of April, 2025.**

RODNEY   GILSTRAP
UNITED STATES DISTRICT JUDGE