# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FORCE MOS TECHNOLOGY, CO., LTD, | ) |
| Plaintiff, | ) ) Civil Action No. 2:22-cv-00460-JRG |
| v. | ) ) |
| ASUSTEK COMPUTER, INC., | ) **JURY TRIAL DEMAND** ) |
| Defendant. | ) ) |

## JOINT NOTICE REGARDING REDACTIONS TO SEALED ORDER (DKT. NO. 420)

Plaintiff Force MOS Technology, Co., LTD and Defendant ASUSTeK Computer, Inc. (together, the "Parties") respectfully submit this joint notice to inform that Court that the Parties met and conferred regarding Sealed Order (Dkt. No. 420) and the Parties do not believe any portion of the Sealed Order requires redaction.

As such, the Parties respectfully request this Court enter a publicly available version of the Sealed Order without redaction.

| | |
|---|---|
| Dated: June 16, 2025 | Respectfully submitted, |

/s/ *James Travis Underwood*      /s/ *Christopher E. Hanba*

Li Chen
lchen@LumensLawGroup.com
LUMENS LAW GROUP PLLC
8501 N. MacArthur Blvd., #631009
Irving, TX 75063

Charles M. McMahon
Thomas M. DaMario
Kathleen M. Lynch
BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP
71 South Wacker Dr., Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
cmcmahon@beneschlaw.com
tdamario@beneschlaw.com
klynch@beneschlaw.com

Ziyong (Sean) Li
BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: (628) 600-2239
Facsimile: (628) 221-5828
sli@beneschlaw.com

James Travis Underwood
Texas Bar No. 24102587
GILLAM & SMITH, LLP
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: travis@gillamsmithlaw.com

*Attorneys for Defendant
ASUSTek Computer, Inc.*

Christopher E. Hanba
Texas Bar No. 24121391
chanba@dickinson-wright.com
Ross Spencer Garsson
Texas Bar No. 00784112
rgarsson@dickinson-wright.com
Michael D. Saunders
Texas Bar No. 24107000
MSaunders@dickinson-wright.com
Joshua G. Jones
Texas Bar No. 24065517
jjones@dickinson-wright.com
Bryan D. Atkinson
Texas Bar No. 24036157
batkinson@dickinsonwright.com
Jordan E. Garsson
Texas Bar No. 24131326
jgarsson@dickinson-wright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 582-6889
Facsimile: (844) 670-6009

Ariana D. Pellegrino
MI Bar No. P79104
apellegrino@dickinsonwright.com
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Road, Suite 300
Troy, MI 48084
Telephone:  313-223-3084
Facsimile: (844) 670-6009

Tron Y. Fu, Illinois Bar 6309042
tfu@dickinsonwright.com
DICKINSON WRIGHT PLLC
55 West Monroe, Suite 1200
Chicago, Illinois 60603
Telephone: (312) 377-7884
Facsimile: (312) 641-6959

        Joshua R. Thane
        jthane@haltomdoan.com
        HALTOM AND DOAN
        2900 St. Michael Drive, Suite 500
        Texarkana, TX 75503
        Telephone: (903) 255-1000

        *Attorneys for Plaintiff*
        *Force MOS Technology Co., Ltd.*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), the Parties met and conferred on June 16, 2025, and reached agreement on the foregoing.

*/s/ Christopher E. Hanba*
Christopher E. Hanba

**CERTIFICATE OF SERVICE**

I certify that on June 16, 2025, the foregoing document was filed via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Christopher E. Hanba*
Christopher E. Hanba
