IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FORCE MOS TECHNOLOGY, CO., LTD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:22-cv-00460-JRG |
| ) | |
| ASUSTEK COMPUTER, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE
FOR FILING OF MOTION FOR ATTORNEY'S FEES**

Plaintiff Force MOS Technology Co., Ltd. ("Force MOS") respectfully moves the Court for a one-week extension of its deadline to file its motion for attorney's fees and would show the Court as follows:

On June 11, 2025, the Court entered Final Judgment in this case. Dkt. No. 421.

Pursuant to Fed. R. Civ. P. 54(d)(2)(B), Force MOS must file its motion for attorney's fees under 35 U.S.C. § 285, and its motion for its bill of costs within 14 days after entry of final judgment.

Force MOS's motions for attorney's fees and bill of costs would therefore both fall on June 25, 2025.

Given that this case resulted in a full discovery, pretrial conferences, a full jury trial that went to verdict, and a bench trial, there are a number of issues for the parties to consider. The additional time will allow the parties to meet and confer in an attempt to narrow the disputed issues presented to the Court.

Force MOS therefore respectfully requests that the Court permit a short one-week extension for its motion for attorney's fees to July 2, 2025.

The Parties have conferred and Defendant has indicated it is not opposed to the one-week extension to Force MOS's motion for attorney's fees.

In light of the above, Force MOS respectfully requests that the Court grant its motion and permit a one-week extension to its motion for attorney's fees.

Respectfully submitted,

DICKINSON WRIGHT PLLC

Dated:  June 19, 2025

/s/ *Christopher E. Hanba*
Christopher E. Hanba

Christopher E. Hanba, Texas Bar 24121391
chanba@dickinson-wright.com
Ross Spencer Garsson, Texas Bar 00784112
rgarsson@dickinson-wright.com
Michael D. Saunders, Texas Bar 24107000
MSaunders@dickinson-wright.com
Joshua G. Jones, Texas Bar 24065517
jjones@dickinson-wright.com
Bryan D. Atkinson, Texas Bar 24036157
batkinson@dickinsonwright.com
Jordan E. Garsson, Texas Bar 24131326
jgarsson@dickinson-wright.com

DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 582-6889
Facsimile: (844) 670-6009

Ariana D. Pellegrino, Michigan Bar P79104
apellegrino@dickinsonwright.com
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Road, Suite 300
Troy, Michigan 48084
Telephone:  313-223-3084
Facsimile: (844) 670-6009

        Tron Y. Fu, Illinois Bar 6309042
        tfu@dickinsonwright.com
        DICKINSON WRIGHT PLLC
        55 West Monroe, Suite 1200
        Chicago, Illinois 60603
        Telephone:  (312) 377-7884
        Facsimile:  (312) 641-6959

        Joshua R. Thane
        jthane@haltomdoan.com
        HALTOM & DOAN
        6500 Summerhill Road, Suite 100
        Texarkana, TX 75503
        Telephone: (903) 255-1000
        Facsimile: (903) 255-0800

        *Attorneys for Plaintiff*
        *Force MOS Technology Co., Ltd.*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet and confer requirement required by local rule CV-7(h) and (i). The parties conferred by email on June 19, 2025 and counsel for Defendant indicated that Defendant is not opposed to this motion.

*/s/ Christopher E. Hanba*
Christopher E. Hanba

## CERTIFICATE OF SERVICE

I certify that on June 19, 2025, the foregoing was filed via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Christopher E. Hanba*
Christopher E. Hanba
