# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FORCE MOS TECHNOLOGY, CO., LTD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:22-cv-00460-JRG ) |
| ASUSTEK COMPUTER, INC. | ) JURY TRIAL DEMANDED ) |
| Defendant. | ) ) ) |

## **PROPOSED ORDER**

Before the Court is Plaintiff Force MOS Technology Co., Ltd.'s Unopposed Motion to Extend Deadline for Filing of Motion for Attorney's Fees (the "Motion"). Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.**

It is therefore **ORDERED** that Plaintiff's Motion for Attorney's Fees shall be due on or before July 2, 2025.