# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FORCE MOS TECHNOLOGY, CO., LTD, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:22-CV-00460-JRG |
| § | |
| ASUSTEK COMPUTER, INC., § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw Counsel (the "Motion") filed by Plaintiff Force MOS Technology, Co., Ltd ("Force MOS"). (Dkt. No. 468.) In the Motion, Force MOS moves to withdraw Ross Spencer Garsson, Tron Y. Fu, and Jordan Elizabeth Garsson of Dickinson Wright PLLC as its counsel of record. (*Id.* at 1.) Force MOS represents that it will continue to be represented by Bryan Donivan Atkinson, Christopher Edward Hanba, Joshua Gabriel Jones, Ariana Deskins Pellegrino, and Michael David Saunders of Prince Lobel Tye LLP. (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Ross Spencer Garsson, Tron Y. Fu, and Jordan Elizabeth Garsson are permitted to withdraw as counsel of record in the above-captioned case. It is further **ORDERED** that the Clerk shall terminate Ross Spencer Garsson, Tron Y. Fu, and Jordan Elizabeth Garsson as Force MOS's counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 27th day of August, 2025.**

                                        _____
                                        RODNEY GILSTRAP
                                        UNITED STATES DISTRICT JUDGE